# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN C. GARDOSKI, <br><br> Plaintiff, <br><br> v. <br><br> PATS AIRCRAFT, LLC, a Delaware limited liability company, d/b/a ALOFT AEROARCHITECTS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 17-1467 MN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| JOHN C. GARDOSKI, <br><br> Plaintiff, <br><br> v. <br><br> PATS AIRCRAFT, LLC, a Delaware limited liability company, d/b/a ALOFT AEROARCHITECTS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 19-1082 MN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STIPULATION TO CONSOLIDATE RELATED CASES**

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, Plaintiff John C. Gardoski (hereinafter "Gardoski") and Defendant PATS Aircraft, LLC, d/b/a ALOFT Aeroarchitects (hereinafter "ALOFT"), hereby jointly submit the following Stipulation to Consolidate Related Cases.

WHEREAS, Plaintiff Gardoski filed an action in this Court on October 17, 2017 against Defendant Pats Aircraft alleging discrimination based upon Plaintiff's disability and violation of his rights under the FMLA and fraudulent inducement, captioned *John C. Gardoski v. PATS Aircraft, d/b/a ALOFT AeroArchitects*, C.A. 17-1467 (hereinafter "Initial Gardoski Action"); and

WHEREAS, service of process was accepted by Defendant's registered agent [D.I. 4], and the Initial Gardoski Action is currently pending and is assigned to Honorable Maryellen Noreika; and

WHEREAS, Plaintiff Gardoski commenced a second action in this Court on June 12, 2019, alleging discrimination based upon Plaintiff's disability in violation of his rights under the ADA and fraudulent inducement, captioned *John C. Gardoski v. PATS Aircraft, d/b/a ALOFT AeroArchitects*, C.A. 19-1082 (hereinafter "Second Gardoski Action") (together with Initial Gardoski Action, "Gardoski Actions"), also currently assigned to Honorable Maryellen Noreika; and

WHEREAS, service of process was accepted by Defendant's registered agent [D.I. 3]; and

WHEREAS, both Complaints involve the same parties, similar claims arising from Plaintiff's employment termination from Defendant ALOFT, and similar questions of fact, such that consolidation of these cases and assignment to the same judge would result in a substantial savings of judicial effort;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, pending Court approval, that:

1. The Gardoski Actions, 17-1467 and 19-1082, be consolidated under the C.A. No. 17-1467, and assigned to Honorable Maryellen Noreika for all purposes;

2. All orders, pleadings, motions, and other documents filed in the Initial Gardoski Action, C.A. No. 17-1467, shall be deemed filed in the consolidated action;

3. All pleadings and other documents filed in the Second Gardoski Action, C. A. No.: 19-1082, shall be deemed filed in the consolidated action;

4. The consolidated caption shall read:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN C. GARDOSKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 17-1467 MN ) CONSOLIDATED ) |
| PATS AIRCRAFT, LLC, a Delaware limited liability company, d/b/a ALOFT AEROARCHITECTS, | ) ) ) ) ) |
| Defendant. | ) |

| | |
|---|---|
| SCHMITTINGER & RODRIGUEZ, P.A. | SMITH KATZENSTEIN JENKINS, LLP |
| */s/ Gary E. Junge, Esq.* | */s/ Kelly A. Green* |
| William D. Fletcher, Jr. (No. 362) | Margaret M. DiBianca (No. 4539) |
| Gary E. Junge (No. 6169) | Kelly A. Green (No. 4095) |
| 414 S. State Street | 1000 North West Street, Suite 1501 |
| Dover, DE 19901 | Wilmington, DE 19899 |
| Telephone: (302) 674-0140 | Telephone: (302) 504-1655; 1680 |
| Email: wfletcher@schmittrod.com gjunge@schmittrod.com | Email: mdibianca@skjlaw.com; kgreen@skjlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: July 23, 2019 | Dated: July 23, 2019 |

AND NOW, this 23rd day of July, 2019, having considered the parties Joint Stipulation for Consolidation, IT IS SO ORDERED that C. A. Nos. 17-1467 and 19-1082 are hereby consolidated under C. A. No. 17-1467 in the United States District Court for the District of Delaware for all pretrial and trial purposes. Defendant shall file an Answer to the Complaint filed in C.A. No. 19-1082 on August 5, 2019, pursuant to the Stipulation Extending Defendant's Time to Respond to the Complaint [D.I. 6].

_____
The Honorable Maryellen Noreika
United States District Judge