**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOHN C. GARDOSKI, | ) |
| | ) |
|                 Plaintiff, | ) |
| | )   C.A. No. 17-1467 GMS |
| v. | ) |
| | ) |
| PATS AIRCRAFT, LLC, a Delaware | ) |
| limited liability company, d/b/a | ) |
| ALOFT AEROARCHITECTS, | ) |
| | ) |
|                 Defendant. | ) |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

PLEASE TAKE NOTICE of the change of firm affiliation and address for the below-listed counsel for Defendant PATS Aircraft, LLC d/b/a Aloft AeroArchitects in this action:

>Margaret M. DiBianca, Esq.
>Smith Katzenstein Jenkins LLP
>1000 West Street, Ste. 1501
>Wilmington, DE  19801
>Phone:  (302) 504-1655
>Email: mdibianca@skjlaw.com

>Respectfully submitted,

>SMITH KATZENSTEIN JENKINS LLP
>*/s/ Margaret M. DiBianca*
>Margaret M. DiBianca, Esq. (Bar ID 4539)
>1000 West Street, Ste. 1501
>Wilmington, DE  19801
>Phone:  (302) 504-1655
>Email: mdibianca@skjlaw.com

>*Attorneys for Defendant PATS Aircraft, LLC
>d/b/a Aloft AeroArchitects*

Dated:   January 8, 2018