# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN C. GARDOSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-1467 MN |
| v. | ) **CONSOLIDATED** |
| | ) |
| PATS AIRCRAFT, LLC, a Delaware | ) |
| limited liability company, d/b/a | ) |
| ALOFT AEROARCHITECTS, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

The parties, by and through the undersigned counsel, and subject to the approval of the Court, pursuant to the Fed. R. Civ. Pro. 41, hereby stipulate and agree that this action is dismissed with prejudice, with each party bearing its own fees and costs.

| SCHMITTINGER & RODRIGUEZ, P.A. | CLARK HILL PLC |
|---|---|
| */s/ Gary E. Junge, Esq.* | */s/ Margaret M. DiBianca* |
| William D. Fletcher, Jr. (Bar No. 362) | Margaret M. DiBianca, Esq. (Bar No. 4539) |
| Gary E. Junge (Bar No. 6169) | 824 N. Market Street, Ste. 710 |
| 414 S. State Street | Wilmington, DE 19801 |
| Dover, DE 19901 | P: (302) 250-4748 |
| P: (302) 674-0140 | E: mdibianca@clarkhill.com |
| E: wfletcher@schmittrod.com | |
| gjunge@schmittrod.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: April 14, 2020 | Dated: April 14, 2020 |

SO ORDERED this _____ day of _____, 2020.

_____
The Honorable Maryellen Noreika